# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

FID# 1058130
0535-0823-0012-J

RECEIVED
UNITED STATES MARSHAL

2005 AUG 12 A 8: 59
LAFAYETTE

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| v. | CRIMINAL NUMBER: CR 05 20186-08 |
| MARY LEIGH WALKER | JUDGE MINALDI/MAGISTRATE JUDGE WILSON |

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARY LEIGH WALKER and bring her forthwith to the nearest magistrate to answer an Indictment charging her with violations of:

21 U.S.C. § 846     Conspiracy to Possess with Intent to Distribute Ecstacy and Cocaine

MILDRED E. METHVIN
Name of Issuing Officer

_signature_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

August 10 2005 at Lafayette, Louisiana
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

RECEIVED
IN LAFAYETTE, LA.
OCT 1 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08-10-05 | ICE E/NC | By: _signature_ US Marshal-Lafayette |
| DATE OF ARREST 08-16-05 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

| | |
|---|---|
| DEFENDANT'S NAME: | MARY LEIGH WALKER |
| ALIAS: | MARY KAIAFAS |
| LAST KNOWN RESIDENCE: | 1132 Broad Street, DeRidder, LA 70634 |
| LAST KNOWN EMPLOYMENT: | N/A |
| PLACE OF BIRTH: | N/A |
| DATE OF BIRTH: | 11/05/1978 |
| SOCIAL SECURITY NUMBER: | 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 |

| | | | |
|---|---|---|---|
| HEIGHT: | | WEIGHT: | |
| SEX: | Female | RACE: | |
| HAIR: | | EYES: | |

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: Special Agent Jimmy Thomas, Immigration and Customs Enforcement, Lake Charles, LA. Office: 337-477-2112, extension: 226