
RECEIVED
IN LAKE CHARLES, LA
JAN 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20186-008 |
| VS. | : | JUDGE MINALDI |
| MARY LEIGH KAIAFAS | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM RULING

Presently before the court are several objections filed by the defendant to the Amended Presentence Report ("PSR") prepared by the Probation Department.[1]

The defendant's objections are:

1) The amount of drugs attributed to the defendant;

2) The amount of drugs attributed to the defendant after her effective withdrawal from the conspiracy;

3) The defendant's role; and

4) The application of the "safety valve" to the defendant.

These are substantive objections that will require an evidentiary hearing at the time of

---

[1] When the original PSR was filed the defendant filed 17 objections. Several of those were factual and the Probation Department made changes to the PSR resulting in this Amended PSR. Additionally, the Government subsequently filed a §5K1.1 Motion for Downward Departure based upon substantial assistance.

sentencing.

Lake Charles, Louisiana, this 25 day of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE